**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**
**ex rel. Nicollette Kopet,**

**Plaintiff,**

**v.** **Case No. 23-CV-762**

**ACCESS PROSTHETICS, LLC, et al.,**

**Defendant.**

---

## ORDER

---

The United States of America has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

**IT IS THEREFORE ORDERED** that

1. The Complaint be unsealed and served upon the defendants by the relator;
2. All other contents of the Court's file and docket entries in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;
3. The seal be lifted as to all other matters occurring in this action after the date of this Order;
4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in

31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and may be permitted to intervene in this action, upon a showing of good cause, at a later date;

5. The parties shall serve all notices of appeal upon the United States;
6. All orders of this Court shall be sent to the United States; and
7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.
8. The United States' motion for extension of time to intervene and extend the seal (ECF No. 28.) is dismissed as moot.

Dated at Green Bay, Wisconsin this 19th day of August, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge